**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

David Adalberto Guerra Ortiz,

                Petitioner

    v.

Todd Blanche, et al.,

              Respondents

Case No. 2:26-cv-02265-AMB-BNW

**Dismissal Order**

[ECF Nos. 1, 1-1]

Petitioner David Adalberto Guerra Ortiz, an immigration detainee who is challenging the lawfulness of his federal detention at Nevada Southern Detention Center, has filed a self-represented petition for federal habeas corpus relief under 28 U.S.C. § 2241, ECF No. 1-1, and a motion to proceed *in forma pauperis*, ECF No. 1.

Petitioner has filed another federal habeas case by filing a § 2241 petition challenging his immigration detention wherein Petitioner has been appointed counsel, and the Court set a deadline to file an amended petition. *See David Adalberto Guerra-Ortiz v. Todd Blanche et al*, Case No. 2:26-cv-02157-APG-DJA. The Court will therefore dismiss this action, without prejudice, as duplicative. Any federal habeas claims Petitioner wishes to pursue challenging his immigration detention must be asserted, if at all, in Case No. 2:26-cv-02157-APG-DJA.

It is therefore ordered that this action is DISMISSED without prejudice.

It is further ordered that the Clerk of the Court is directed to enter final judgment accordingly and close this case.

Dated: July 28, 2026

_____
Amy M. Baggio
United States District Judge